**JOHN JOHNSON,**        *       **NO. 2022-CA-0639**
**INDIVIDUALLY AND AS A**
**REPRESENTATIVE OF THE**       *       **COURT OF APPEAL**
**CLASS OF THOSE**
**SIMILARLY SITUATED**       *       **FOURTH CIRCUIT**

**VERSUS**       *       **STATE OF LOUISIANA**

**ORLEANS PARISH SCHOOL**       *
**BOARD, XYZ INSURANCE**
**COMPANY, CITY OF NEW**       *
**ORLEANS AND ABC**     * * * * * * *
**INSURANCE COMPANY**

CONSOLIDATED WITH:                    CONSOLIDATED WITH:

JOHN JOHNSON, INDIVIDUALLY AND       NO. 2022-CA-0700
AS A REPRESENTATIVE OF THE CLASS
OF THOSE SIMILARLY SITUATED

VERSUS

ORLEANS PARISH SCHOOL BOARD,
XYZ INSURANCE COMPANY, CITY OF
NEW ORLEANS AND ABC INSURANCE
COMPANY

NEK     ERVIN-KNOTT, J., CONCURS IN THE RESULT.